948

No. 376.   COBB *v.* GEORGIA.   Supreme Court of Georgia.   Certiorari denied.   *Robert L. Carter* and *Donald L. Hollowell* for petitioner.   *Eugene Cook,* Attorney General of Georgia, and *G. Hughel Harrison* and *John S. Harrison,* Assistant Attorneys General, for respondent.

No. 531.   BURNS *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.   *Vincent M. Casey* for petitioner.   *Harold Kaminsky* for respondent.

No. 536.   KEININGHAM *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Kenneth D. Wood* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 550.   INTERNATIONAL HARVESTER Co. ET AL. *v.* CITY OF KANSAS CITY, KANSAS, ET AL.   C. A. 10th Cir.   Certiorari denied.   *Frederick Bernays Wiener* and *J. Donald Lysaught* for petitioners.   *Charles S. Rhyne, Thomas P. Brown III* and *Alfred J. Tighe, Jr.* for respondents.   *William M. Ferguson,* Attorney General of Kansas, for the State of Kansas, as *amicus curiae,* in opposition.

No. 562.   PLISCO ET AL. *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *H. Clifford Allder* for petitioners.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.